**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | |
|---|---|
| POZEN INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:08-cv-437-LED |
| PAR PHARMACEUTICAL, INC. | |
| Defendant. | PATENT CASE |
| POZEN INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:09-cv-003-LED CONSOLIDATED WITH CIVIL ACTION NO. 6:08-cv-437-LED AND CIVIL ACTION NO. 6:09-cv-182-LED |
| ALPHAPHARM PTY LTD. | |
| Defendant. | PATENT CASE |
| POZEN INC. | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 6:09-cv-182-LED CONSOLIDATED WITH CIVIL ACTION NO. 6:08-cv-437-LED AND CIVIL ACTION NO. 6:09-cv-003-LED |
| TEVA PHARMACEUTICALS USA, INC. | |
| Defendant. | PATENT CASE |

**POZEN INC.'S UNOPPOSED MOTION**
**FOR LEAVE TO AMEND ITS ORIGINAL COMPLAINT**

Plaintiff Pozen Inc. ("Pozen"), unopposed by defendants Par Pharmaceutical, Inc. ("Par"), Alphapharm Pty Ltd. ("Alphapharm") and Teva Pharmaceuticals USA, Inc. ("Teva"), hereby moves the Court pursuant to Federal Rule of Civil Procedure 15 for an Order granting

Pozen leave to amend its Original Complaint.[1]  The Amended Complaint was filed on August 21, 2009 [Docket 92].  Specifically, Pozen seeks to add Dr. Reddy's Laboratories, Inc. ("Dr. Reddy's") as a fourth defendant.[2]  Pozen contends that Dr. Reddy's infringes all three of the patents currently asserted in this lawsuit.

Subsequent to filing the Amended Complaint, Pozen's counsel has conferred with counsel for Par, Alphapharm and Teva regarding this motion, and counsel for Par, Alphapharm and Teva have consented in writing, in accordance with Federal Rule of Civil Procedure 15(a)(2), to the filing of Pozen's Amended Complaint.

## CONCLUSION

For the foregoing reasons, Pozen, unopposed by Par, Alphapharm and Teva, respectfully requests that this Court grant Pozen leave to amend its Original Complaint.

---

[1] Rule 15(a)(2) provides that, after a responsive pleading is served, as is the case here, "a party may amend its pleading only with the opposing party's written consent or the court's leave." FED. R. CIV. P. 15(a)(2).  Moreover, this rule states that "[t]he court should freely give leave when justice so requires." *Id.*

[2] Pozen did not bring suit against Dr. Reddy's until this time because it did not receive notice of Dr. Reddy's petition to the FDA to market a generic version of Treximet™ before the expiration of United States Patent Nos. 6,060,499, 6,586,458 and 7,332,183, the patents-in-suit, until August 3, 2009.

2

Dated: September 1, 2009                    Respectfully submitted,

                                           */s/* Collin Maloney
                                           Willem G. Schuurman (TX Bar No. 17855200)
                                           Tracey B. Davies (TX Bar No. 24001858)
                                           Stephen M. Hash (TX Bar No. 24012800)
                                           Erin A. Thomson (TX Bar No. 24056433)
                                           VINSON & ELKINS L.L.P.
                                           The Terrace 7
                                           2801 Via Fortuna, Suite 100
                                           Austin, Texas 78746-7568
                                           Tel: (512) 542-8400
                                           Fax: (512) 236-3476
                                           bschuurman@velaw.com
                                           tdavies@velaw.com
                                           shash@velaw.com
                                           ethomson@velaw.com

                                           Stephanie Lollo (NY Bar No. 4259149)
                                           Rebecca Cantor (NY Bar No. 4698130)
                                           VINSON & ELKINS L.L.P.
                                           666 Fifth Avenue, 26th Floor
                                           New York, New York 10103-0040
                                           Tel: (212) 237-0032
                                           Fax: (917) 849-5391
                                           slollo@velaw.com
                                           rcantor@velaw.com

                                           Daniel L. Tobey (TX Bar No. 24048842)
                                           VINSON & ELKINS L.L.P.
                                           2001 Ross Avenue, Suite 3700
                                           Dallas, Texas 75201-2975
                                           Tel: (214) 220-7848
                                           Fax: (214) 999-7848
                                           dtobey@velaw.com

                                           Otis W. Carroll, Jr. (TX Bar No. 03895700)
                                           Collin Maloney (TX Bar No. 00794219)
                                           IRELAND CARROLL & KELLEY, PC
                                           6101 S. Broadway, Suite 500
                                           Tyler, TX  75703
                                           Tel:  (903) 561-1600
                                           Fax:  (903) 581-1071
                                           cmaloney@icklaw.com

                                           ***Counsel for Plaintiff Pozen Inc.***

## <ins>CERTIFICATE OF CONFERENCE</ins>

The undersigned certifies that counsel for Plaintiff has conferred with opposing counsel regarding the filing of this motion and there is no opposition to the relief requested herein.

/s/ Collin Maloney

## <ins>CERTIFICATE OF SERVICE</ins>

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a).  As such, this motion was served on all counsel who are deemed to have consented to electronic service.  Local Rule CV-5(a)(3)(A).  Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 1st day of September, 2009.

/s/  Collin Maloney

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.<br><br>      Defendant. | CIVIL ACTION NO. 6:08-cv-437-LED<br><br>PATENT CASE |
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>ALPHAPHARM PTY LTD.<br><br>      Defendant. | CIVIL ACTION NO. 6:09-cv-003-LED<br>CONSOLIDATED WITH CIVIL ACTION<br>NO. 6:08-cv-437-LED AND CIVIL ACTION<br>NO. 6:09-cv-182-LED<br><br>PATENT CASE |
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICALS USA, INC.<br><br>      Defendant. | CIVIL ACTION NO. 6:09-cv-182-LED<br>CONSOLIDATED WITH CIVIL ACTION<br>NO. 6:08-cv-437-LED AND CIVIL ACTION<br>NO. 6:09-cv-003-LED<br><br>PATENT CASE |

**ORDER GRANTING POZEN INC.'S UNOPPOSED MOTION
FOR LEAVE TO AMEND ITS ORIGINAL COMPLAINT**

THE COURT, having considered Plaintiff Pozen Inc.'s Unopposed Motion for Leave to

Amend its Original Complaint, and finding no objection to it and good cause for it, hereby grants

the Unopposed Motion.

IT IS THEREFORE ORDERED that Pozen is granted leave to amend its Original

Complaint.  The Amended Complaint filed by Pozen on August 21, 2009 [Docket 92] is thereby

approved.

US 51043v.1