# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>PAR PHARMACEUTICAL, INC.<br><br>      Defendant. | Case No. 6:08-cv-437-LED<br><br>**JURY TRIAL DEMANDED** |
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>ALPHAPHARM PTY. LTD..<br><br>      Defendant. | Case No. 6:09-cv-003-LED<br><br>Consolidated With Case No. 6:08cv437-LED And Case No. 6:09cv182-LED<br><br>**JURY TRIAL DEMANDED** |
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>TEVA PHARMACEUTICAL USA, INC.<br><br>      Defendant. | Case No. 6:09cv182-LED<br><br>Consolidated With Case No. 6:08cv437-LED And Case No. 6:09cv003-LED<br><br>**JURY TRIAL DEMANDED** |
| POZEN INC.<br><br>      Plaintiff,<br><br>v.<br><br>DR. REDDY'S LABORATORIES, INC.<br><br>      Defendant. | Case No. 6:08-cv-437-LED<br><br>**JURY TRIAL DEMANDED** |

# NOTICE OF APPEARANCE

Notice is hereby given that attorney Robert Christopher Bunt enters his appearance in this matter as additional counsel for Defendant DR. REDDY'S LABORATORIES, INC., for the purpose of receiving notices from the Court.

Dated: November 25, 2009

Respectfully submitted,

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt
State Bar No.  00787165
Charles Ainsworth
State Bar No. 00783521
**PARKER, BUNT & AINSWORTH, P.C.**
100 E. Ferguson, Suite 1114
Tyler, Texas 75702
903/531-3535 - Telephone
903/533-9687 - Facsimile
E-mail: rcbunt@pbatyler.com
E-mail: charley@pbatyler.com

Attorneys for Defendant,
DR. REDDY'S LABORATORIES, INC.

# CERTIFICATE OF SERVICE

I hereby certify that the all counsel of record, who are deemed to have consented to electronic service are being served this November 25, 2009, with a copy of this document via the Court's CM/ECF system per Local Rule CV-5(a)(3).  Any other counsel of record will be served by electronic mail, facsimile transmission and/or first class mail on this same date.

*/s/ Robert Christopher Bunt*
Robert Christopher Bunt