**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | | |
|---|---|---|
| **POZEN INC.** § | | |
| § | | |
| Plaintiff, § | | |
| § | **CASE NO. 6: 08 CV 437** | |
| vs. § | **PATENT CASE** | |
| § | | |
| **PAR PHARMACEUTICAL, INC., et al.** § | **CONSOLIDATED WITH** | |
| § | **CASE NO. 6:09 CV 3 AND** | |
| Defendants. § | **CASE NO. 6:09 CV 182** | |
| § | | |

**ORDER**

After meeting with the parties in the three cases that are set on the Court's October docket, trial in this case will begin on Tuesday, October 12, 2010 at 9 a.m. The Court will allow each side 10 hours to try its case. This time includes any opening and closing statements the parties may wish to make. The Court **ORDERS** the parties to meet and confer and file simple interrogatories, like a verdict form, for the Court to reference on the issues the Court must decide no later than October 6, 2010.

So ORDERED and SIGNED this 28th day of September, 2010.



_____
**LEONARD DAVIS
UNITED STATES DISTRICT JUDGE**