**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION**

| | |
|---|---|
| POZEN INC. <br><br> Plaintiff, <br><br> v. <br><br> PAR PHARMACEUTICAL, INC. <br><br> Defendant. | CIVIL ACTION NO. 6:08-cv-437-LED <br><br><br> PATENT CASE |
| POZEN INC. <br><br> Plaintiff, <br><br> v. <br><br> ALPHAPHARM PTY LTD. <br><br> Defendant. | CIVIL ACTION NO. 6:09-cv-003-LED CONSOLIDATED WITH CIVIL ACTION NO. 6:08-cv-437-LED AND CIVIL ACTION NO. 6:09-cv-182-LED <br><br> PATENT CASE |
| POZEN INC. <br><br> Plaintiff, <br><br> v. <br><br> TEVA PHARMACEUTICALS USA, INC. <br><br> Defendant. | CIVIL ACTION NO. 6:09-cv-182-LED CONSOLIDATED WITH CIVIL ACTION NO. 6:08-cv-437-LED AND CIVIL ACTION NO. 6:09-cv-003-LED <br><br> PATENT CASE |
| POZEN INC. <br><br> Plaintiff, <br><br> v. <br><br> DR. REDDY'S LABORATORIES, INC. <br><br> Defendant. | CIVIL ACTION NO. 6:08-cv-437-LED <br><br><br> PATENT CASE |

**UNOPPOSED MOTION TO WITHDRAW AS COUNSEL AND
FOR TERMINATION OF ELECTRONIC NOTICES**

Plaintiff Pozen Inc. respectfully requests that Petra Scamborova of Vinson & Elkins L.L.P. be permitted to withdraw as counsel of record for Plaintiff in this matter and that electronic notices to her be terminated. The withdrawal of said counsel from this matter will impose no delay of the case or prejudice to any party, and Plaintiff's other counsel will remain of record.

WHEREFORE, ALL PREMISES CONSIDERED, Plaintiff prays that the Court grant this Motion.

Dated: March 22, 2011                                      Respectfully submitted,

/s/ Rebecca J. Cantor
WILLEM B. SCHUURMAN (TX Bar No. 17855200)
TRACEY B. DAVIES (TX Bar No. 24001858)
STEPHEN M. HASH (TX Bar No. 24012800)
ERIN A. THOMSON (TX Bar No. 24056433)
VINSON & ELKINS L.L.P.
The Terrace 7
2801 Via Fortuna, Suite 100
Austin, Texas 78746-7568
Tel: (512) 542-3476
Fax: (512) 236-3476
bschuurman@velaw.com
tdavies@velaw.com
shash@velaw.com
ethomson@velaw.com

STEPHANIE LOLLO (Admitted *pro hac vice*)
REBECCA J. CANTOR (Admitted *pro hac vice*)
VINSON & ELKINS L.L.P.
666 Fifth Avenue, 26th Floor
New York, New York 10103-0040
Tel: (212) 237-0032
Fax: (917) 849-5391
slollo@velaw.com
rcantor@velaw.com
pscamborova@velaw.com

OTIS W. CARROLL, JR. (TX Bar No. 03895700)
COLLIN M. MALONEY (TX Bar No. 00794219)
IRELAND CARROLL & KELLEY, PC
6101 S. Broadway, Suite 500
Tyler, Texas 75703
Tel: (903) 561-1600
Fax: (903) 581-1071
cmaloney@icklaw.com

***Counsel for Plaintiff Pozen Inc.***

**CERTIFICATE OF SERVICE**

      The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who are deemed to have consented to electronic service. Local Rule CV-5(a)(3)(A). Pursuant to Fed. R. Civ. P. 5(d) and Local Rule CV-5(d) and (e), all other counsel of record not deemed to have consented to electronic service were served with a true and correct copy of the foregoing by email and/or fax, on this the 22nd day of March, 2011.

                                                     */s/* Rebecca J. Cantor
                                                     Rebecca J. Cantor