# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| **POZEN INC.** | § | |
| | § | |
| **Plaintiff,** | § | |
| | § | **CASE NO. 6:08 CV 437** |
| vs. | § | **PATENT CASE** |
| | § | |
| **PAR PHARMACEUTICAL, INC.,** | § | **CONSOLIDATED WITH** |
| **ALPHAPHARM PTY LTD.,** | § | **CASE NO. 6:09 CV 3 AND** |
| **TEVA PHARMACEUTICALS** | § | **CASE NO. 6:09 CV 182** |
| **USA INC., DR. REDDY'S LABS., INC.** | § | |
| | § | |
| **Defendants.** | § | |
| | § | |

## FINAL JUDGMENT

Pursuant to Rule 58 of the Federal Rules of Civil Procedure, consistent with the Court's contemporaneous Findings of Fact and Conclusions of Law and the entirety of the record available to this Court, the Court **ORDERS AND ENTERS FINAL JUDGMENT** as follows:

- Defendants Par Pharmaceutical Inc. ("Par"), Alphapharm Pty Ltd. ("Alphapharm"), and Dr. Reddy's Laboratories, Inc. ("DRL") infringe U.S. Patent Nos. 6,060,499 ("the '499 patent"), 6,586,458 ("the '458 patent").

- Par and DRL infringe the 7,332,183 patent ("the '183 patent").

- The patents-in-suit are not invalid and are enforceable.

- Par, Alphapharm, and DRL shall be enjoined from making, using, importing, selling or offering to sell their ANDA products in the United States or inducing others in the manufacture, use, import, offer to sell or sale of their ANDA products in the United States until the expiration of U.S. Patent Nos. 6,060,499 and 6,586,458.

- Par and DRL are also enjoined until the expiration of the U.S. Patent No. 7,332,183

patent.

- The Court also sets the effective dates of the approval of Par, Alphapharm, and DRL Abbreviated New Drug Applications ("ANDAs") after the patents-in-suit expire.

**So ORDERED and SIGNED this 5th day of August, 2011.**

_____
LEONARD DAVIS
UNITED STATES DISTRICT JUDGE